| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   11

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | Le Jardin House, LLC |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | ▮▮1752 |

| 4 | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- | --- | --- |
| | | 1150 102nd Street, Office<br>Miami Beach, FL 33154<br>Number, Street, City, State & ZIP Code | FL<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Miami-Dade<br>County | **Location of principal assets, if different from principal place of business**<br>FL<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
| --- | --- | --- |

Debtor    **Le Jardin House, LLC** _____    Case number (if known) _____
        Name

7.  Describe debtor's business    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____ ____

8.  Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Debtor   **Le Jardin House, LLC** _____   Case number (if known) _____
         Name

---

**11.  Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.  Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Le Jardin House, LLC**                                      Case number (if known)
          Name

███ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2019
               MM / DD / YYYY

X _____                              **Tim Lobanov**
   Signature of authorized representative of debtor            Printed name

Title   **Authorized Agent**

**18. Signature of attorney**    X _____      Date   **July 10, 2019**
                                    Signature of attorney for debtor            MM / DD / YYYY

**Brett Lieberman**
Printed name

**Edelboim Lieberman Revah Oshinsky PLLC**
Firm name

**20200 W Dixie Highway**
**Ste 905**
**Miami, FL 33180**
Number, Street, City, State & ZIP Code

Contact phone   **305-768-9909**      Email address   **Brett@elrolaw.com**

**69583 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Le Jardin House, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■   Schedule H: Codebtors (Official Form 206H)
- ■   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐   Amended Schedule
- ■   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 10, 2019**      X

            Signature of individual signing on behalf of debtor

            **Tim Lobanov**
            Printed name

            **Authorized Agent**
            Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **Le Jardin House, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

☐ Check if this is an

Case number (if known):

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aanaa Inc. 5785 NW 72nd Way Pompano Beach, FL 33067 | | | | | | $5,800.00 |
| Aristone Interiors 268 N. Federal Highway Hallandale, FL 33009 | | | | | | $22,037.20 |
| Ashley Pools LLC 6270 Wiles Rd., Apt. 11-303 Pompano Beach, FL 33067 | | | | | | $4,384.13 |
| Brightview Landscape Services Inc. 401 Plymouth Rd. Suite 500 Plymouth Meeting, PA 19462 | | | | | | $14,287.32 |
| Continental Glass Systems, LLC 325 W. 74th Place Hialeah, FL 33014 | | | | | | $174,509.00 |
| Delux Waterproofing and Caulking inc 1131 SW 1st Way Deerfield Beach, FL 33441 | | | | | | $22,500.00 |
| Le Jardin Residences Lenders LLC 800 Parkview Dr. #715 Hallandale, FL 33009 | | | Disputed Subject to Setoff | | | $500,000.00 |

Debtor    **Le Jardin House, LLC**                                          Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Le Jardin Residences Manager LLC 800 Parkview Dr. #715 Hallandale, FL 33009 | | | Disputed Subject to Setoff | | | $500,000.00 |
| Lenin Construction Inc. 20996 SW 128th Ct. Miami, FL 33177 | | | | | | $33,000.00 |
| Skytechs 4300 SW 73rd Ave Suite 101 Miami, FL 33155 | | | | | | $10,889.09 |

**Fill in this information to identify the case:**

Debtor name       **Le Jardin House, LLC**

United States Bankruptcy Court for the:       SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................................................   $       26,211,086.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................................................................   $        1,279,437.65

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*......................................................................................................   $       27,490,523.65

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................   $        5,880,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $               0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................   +$        1,287,406.74

4.   **Total liabilities** ..........................................................................................................................................   $        7,167,406.74
     Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Le Jardin House, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank NA** Operating | Checking | 7866 | $9,911.34 |
| 3.2. | **PNC Bank NA** Operating | Checking | 7874 | $413.74 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.

$10,325.08

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Fidelity National Title Insurance Company (Escrow Agent)** Bank of America account ending in #0135 (Ten Percent Escrow) | $1,267,246.50 |

| Debtor | Le Jardin House, LLC | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | Fidelity National Title Insurance Company (Escrow Agent) Bank of America account ends in #0173 | | |
|---|---|---|---|
| 7.2 | (Special Escrow Account) | | $1,366.07 |

8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
    Description, including name of holder of prepayment

9.  Total of Part 2.                                                              $1,268,612.57
    Add lines 7 through 8. Copy the total to line 81.

## Part 3:  Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  Accounts receivable

| | 11a. 90 days old or less: | 0.00 | - | 0.00 = | $0.00 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | 0.00 | - | 0.00 = | $0.00 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | 0.00 | - | 0.00 = | $0.00 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | 0.00 | - | 0.00 = | $0.00 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | 0.00 | - | 0.00 = | $0.00 |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

12.  Total of Part 3.                                                             $0.00
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    __Le Jardin House, LLC_____          Case number *(if known)* _____
                Name

27 **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Tables and chairs | $0.00 | | $500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.     | $500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Le Jardin House, LLC | | | Case number (if known) | |
| | Name | | | | |

available.
55.1    1150 102nd Street
        Bay Harbor Island, FL
        33154          Fee simple                    $0.00                                    $26,211,086.00

---

56.    Total of Part 9.                                                                      $26,211,086.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    Is a depreciation schedule available for any of the property listed in Part 9?
       ■ No
       □ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
       ■ No
       □ Yes

## Part 10:    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

□ No. Go to Part 11
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites www.lejardinresidences.com | $0.00 | Godaddy.com | Unknown |

62.    Licenses, franchises, and royalties

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill

66.    Total of Part 10.                                                                     $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       □ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
       ■ No
       □ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
       ■ No
       □ Yes

## Part 11:    All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Le Jardin House, LLC**
          Name                                                    Case number *(if known)*

■ No. Go to Part 12
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor    Le Jardin House, LLC                                    Case number *(if known)*
          Name

### Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $10,325.08 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2* | $1,268,612.57 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*....................................> | | $26,211,086.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $1,279,437.65  + 91b. | $26,211,086.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92                                    $27,490,523.65

**Fill in this information to identify the case:**

Debtor name      **Le Jardin House, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Titan Capital, LLC** | Describe debtor's property that is subject to a lien | $5,880,000.00 | $26,211,086.00 |
|---|---|---|---|---|

Creditor's Name

**100 S. Pointe Dr. Suite 1102
Miami Beach, FL 33139**

**1150 102nd Street
Bay Harbor Island, FL 33154**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$5,880,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     Le Jardin House, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Aanaa Inc.**<br>**5785 NW 72nd Way**<br>**Pompano Beach, FL 33067** | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,800.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Aristone Interiors**<br>**268 N. Federal Highway**<br>**Hallandale, FL 33009** | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,037.20 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Le Jardin House, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,384.13 |
|---|---|---|---|
| | **Ashley Pools LLC** | ☐ Contingent | |
| | 6270 Wiles Rd., Apt. 11-303 | ☐ Unliquidated | |
| | Pompano Beach, FL 33067 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,287.32 |
|---|---|---|---|
| | **Brightview Landscape Services Inc.** | ☐ Contingent | |
| | 401 Plymouth Rd. Suite 500 | ☐ Unliquidated | |
| | Plymouth Meeting, PA 19462 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,509.00 |
|---|---|---|---|
| | **Continental Glass Systems, LLC** | ☐ Contingent | |
| | 325 W. 74th Place | ☐ Unliquidated | |
| | Hialeah, FL 33014 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
|---|---|---|---|
| | **Delux Waterproofing and Caulking inc** | ☐ Contingent | |
| | 1131 SW 1st Way | ☐ Unliquidated | |
| | Deerfield Beach, FL 33441 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|
| | **Le Jardin Residences Lenders LLC** | ☐ Contingent | |
| | 800 Parkview Dr. #715 | ☐ Unliquidated | |
| | Hallandale, FL 33009 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|
| | **Le Jardin Residences Manager LLC** | ☐ Contingent | |
| | 800 Parkview Dr. #715 | ☐ Unliquidated | |
| | Hallandale, FL 33009 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,000.00 |
|---|---|---|---|
| | **Lenin Construction Inc.** | ☐ Contingent | |
| | 20996 SW 128th Ct. | ☐ Unliquidated | |
| | Miami, FL 33177 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Le Jardin House, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,889.09** |
|---|---|---|---|

Skytechs
4300 SW 73rd Ave
Suite 101
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | AANAA Inc.<br>c/o James Lyon<br>3300 University Dr. #802<br>Pompano Beach, FL 33065 | Line  3.1<br><br>☐   Not listed. Explain ___ | _ |
| 4.2 | Brightview Landscape Services Inc.<br>c/o CT Corp<br>1200 S Pine Island rd<br>Fort Lauderdale, FL 33324 | Line  3.4<br><br>☐   Not listed. Explain ___ | _ |
| 4.3 | Delux Waterproofing and Caulking<br>c/o Greg Robinson<br>22751 Pickerel cir.<br>Boca Raton, FL 33428 | Line  3.6<br><br>☐   Not listed. Explain ___ | _ |
| 4.4 | Le Jardin Residences Lenders LLC<br>c/o Victor Rones<br>16105 NE 18th Ave<br>Miami, FL 33162 | Line  3.7<br><br>☐   Not listed. Explain ___ | _ |
| 4.5 | Le Jardin Residences Manager LLC<br>c/o Victor Rones<br>16105 NE 18th Ave<br>Miami, FL 33162 | Line  3.8<br><br>☐   Not listed. Explain ___ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,287,406.74 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c | $ | 1,287,406.74 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Le Jardin House, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
  ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit PH 1** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Abud Levy** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Pool Service Provider** | |
|---|---|---|---|
| | State the term remaining | **Expires 05/16/2020** | |
| | List the contract number of any government contract | | **All Florida Pool & Spa Center** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 506** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ariel Glot** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 606** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bastos Dream Star Properties LLC** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Le Jardin House, LLC**                                    Case number (if known) _____
            First Name        Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                     State the name and mailing address for all other parties with
                                                                   whom the debtor has an executory contract or unexpired
                                                                   lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 406** |
| | State the term remaining | |
| | List the contract number of any government contract | **BG Group LLC or assigns** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 601** |
| | State the term remaining | |
| | List the contract number of any government contract | **Carlos Adriano** |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit PH 2** |
| | State the term remaining | |
| | List the contract number of any government contract | **Christine Reckon LLC** |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 501** |
| | State the term remaining | |
| | List the contract number of any government contract | **Diany Levy** |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit PH 6** |
| | State the term remaining | |
| | List the contract number of any government contract | **Esmalu Group LLC** |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of unit 301** |
| | State the term remaining | **Francisco Gobbi, and others** |
| | List the contract number of any | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Le Jardin House, LLC**
            First Name            Middle Name            Last Name                          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                  whom the debtor has an executory contract or unexpired
                                                                  lease

                    government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Sale of Unit 403 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | GRM Investments LTD |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Pest Control | |
|---|---|---|---|
| | State the term remaining | 05/16/2020 | |
| | List the contract number of any government contract | | Guardian Termite and Pest Control |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Internet provider | |
|---|---|---|---|
| | State the term remaining | Expires 01/24/2028 | |
| | List the contract number of any government contract | | Hotwire Communications |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Sale of Unit 402 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Le Jardin House Investments I, LLC |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Sale of Unit 503 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Le Jardin House Investments I, LLC |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Contract for unit 302 | Le Jardin House InvestmentsI, LLC |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Le Jardin House, LLC**                                          Case number (if known)
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired
                                                        lease

          State the term remaining

          List the contract number of any
               government contract

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 306** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Luiz R. Dardes or Assigns** |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 404** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Titan LJ LLC** |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 405** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tracy Ann Wilson** |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit 401** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vanessa Atra De Menga** |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Unit PH 5** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Yoseph Alicia Machado** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Le Jardin House, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | Luibov Temkina guarantor | 13 Sveaborgskaya St. Apt 58 St. Petersburgh, Russia, 19605 | Titan Capital, LLC | ☒ D ___ ☐ E/F ___ ☐ G ___ |

**Fill in this information to identify the case:**

Debtor name    **Le Jardin House, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1   Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | $-3,569.15 |
| For prior year:<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $-22,042.00 |
| For year before that:<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $-3,588.00 |

2.   Non-business revenue
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.   Certain payments or transfers to creditors within 90 days before filing this case
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Le Jardin House, LLC**                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1 | **Cross Atlantic Builders**<br>1135 Kane Concourse<br>Miami Beach, FL 33154 | From April 1,<br>2019–July 1,<br>2019 | $689,745.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **ICS Inc.**<br>2875 NE 191 St ST #3A<br>Miami, FL 33180 | April 5, 2019 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Luscano Trim Work & More** | April 11,<br>2019 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Tradesmen International**<br>8491 NW 17th St #109<br>Miami, FL 33126 | May 28, 2019 | $64,270.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **United Rentals**<br>4301 NW 27th Ave.<br>Miami, FL 33142 | From April 3,<br>2019–April<br>9,2019 | $6,533.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Le Jardin House, LLC _____    Case number (if known) _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Le Jardin Residences lenders, LLC vs Le Jardin House, LLC et al 2017-22215-CA-01 | Civil | Circuit Court in the Eleventh Judicial 73 West Flagler St Miami, FL 33130 | ☐ Pending ■ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property) | | |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Le Jardin House, LLC _____   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   Edelboim Lieberman Revah Oshinsky PLLC 20200 W. Dixie Highway, Suite 905 Miami, FL 33180 | (Retainer) | July 3, 2019 | $75,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement.**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   1135 Kane Concourse, 6th Floor Miami Beach, FL 33154 | 2015-2018 |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor    **Le Jardin House, LLC**                                        Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed | Last balance before closing or transfer |
|---|---|---|---|---|
| First Bank Puerto Rico | 5617 | | 2017 | |
| Regions Bank | 1745 & 1461 | | 2018 | |
| Bank of America | 8077 | | 2017 | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Le Jardin House, LLC**                                    Case number *(if known)*

similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26.  Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1.    **Le Jardin House, LLC** | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

None

Lada Kiseleva, bookkeeper

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Le Jardin House, LLC**                                                        Case number *(if known)*

---

☒    Yes. Identify below.    Consolidated with Le Jardin Member, LLC

**Name of the parent corporation**                                Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■    No

☐    Yes. Identify below.

**Name of the pension fund**                                    Employer Identification number of the parent corporation

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 10, 2019**

Signature of individual signing on behalf of the debtor          **Tim Lobanov**
                                                                Printed name

Position or relationship to debtor    **Authorized Agent**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**United States Bankruptcy Court**
**Southern District of Florida**

In re   Le Jardin House, LLC

Case No.

Debtor(s)                    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    July 10, 2019

Tim Lobanov Authorized Agent
Signer/Title

Aanaa Inc.
5785 NW 72nd Way
Pompano Beach, FL 33067


AANAA Inc.
c/o James Lyon
3300 University Dr. #802
Pompano Beach, FL 33065


Abud Levy


All Florida Pool & Spa Center


Ariel Glot


Aristone Interiors
268 N. Federal Highway
Hallandale, FL 33009


Ashley Pools LLC
6270 Wiles Rd., Apt. 11-303
Pompano Beach, FL 33067


Bastos Dream Star Properties LLC


BG Group LLC or assigns


Brightview Landscape Services Inc.
401 Plymouth Rd. Suite 500
Plymouth Meeting, PA 19462


Brightview Landscape Services Inc.
c/o CT Corp
1200 S Pine Island rd
Fort Lauderdale, FL 33324


Carlos Adriano

Christine Reckon LLC


Continental Glass Systems, LLC
325 W. 74th Place
Hialeah, FL 33014


Delux Waterproofing and Caulking
c/o Greg Robinson
22751 Pickerel cir.
Boca Raton, FL 33428


Delux Waterproofing and Caulking inc
1131 SW 1st Way
Deerfield Beach, FL 33441


Diany Levy


Esmalu Group LLC


Francisco Gobbi, and others


GRM Investments LTD


Guardian Termite and Pest Control


Hotwire Communications


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Le Jardin House Investments I, LLC

Le Jardin House Investments I, LLC


Le Jardin House InvestmentsI, LLC


Le Jardin Residences Lenders LLC
800 Parkview Dr. #715
Hallandale, FL 33009


Le Jardin Residences Lenders LLC
c/o Victor Rones
16105 NE 18th Ave
Miami, FL 33162


Le Jardin Residences Manager LLC
800 Parkview Dr. #715
Hallandale, FL 33009


Le Jardin Residences Manager LLC
c/o Victor Rones
16105 NE 18th Ave
Miami, FL 33162


Lenin Construction Inc.
20996 SW 128th Ct.
Miami, FL 33177


Luibov Temkina
13 Sveaborgskaya St. Apt 58
St. Petersburgh, Russia, 19605


Luiz R. Dardes or Assigns


Skytechs
4300 SW 73rd Ave
Suite 101
Miami, FL 33155


Titan Capital, LLC
100 S. Pointe Dr. Suite 1102
Miami Beach, FL 33139

Titan LJ LLC

Tracy Ann Wilson

Vanessa Atra De Menga

Yoseph Alicia Machado

## UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
**Le Jardin House, LLC**

Case Number
Chapter **11**

_____ Debtor(s)   /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

☐ Application by Individual Debtor to Pay Filing Fee in Installments

☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments

☑ Voluntary petition signed by me on **July 10, 2019**   ☐ Amended voluntary petition signed by me on _____

☑ Schedules signed by me on **July 10, 2019**   ☐ Amended schedules signed by me on _____

☑ Statement of Financial Affairs signed by me on **July 10, 2019**   ☐ Amended Statement of Financial Affairs signed by me on _____

☐ Statement of Social Security Number(s) signed by me on   ☐ Amended Statement of Social Security Number(s) signed by me on

☐ Statement of *Current Monthly Income (OBF 22)* signed by me on   ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on

I, **Tim Lobanov** , the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

**Signature of Debtor**
**(If non individual, authorized corporate representative)**

**Signature of Joint Debtor (if applicable)**

Tim Lobanov
**Print or Type Name (and title if applicable)**

**Print Name**

Brett Lieberman
**Print or Type Name of Attorney for Debtor**

305-768-9909
**Phone:**