# United States Bankruptcy Court
## Southern District of Florida

In re  __Le Jardin House, LLC__ _____  Case No.  __19-19182-RAM__

                                             Debtor(s)  Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Le Jardin House, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bay Harbor Development LLC owns 50% of Le Jardin Member LLC**
**1209 Orange Street**
**Wilmington, Delaware 19801**

**Le Jardin Member, LLC owns 100% of Debtor**
**1150 102nd Street, Office**
**Bay Harbor Islands, FL 33154**

**Septaria Management LLC owns 45% of Le Jardin Member LLC**
**1150 102nd St**
**Miami Beach, FL 33154**

☐ None [*Check if applicable*]

__July 17, 2019__ _____

Date

**Brett Lieberman**
Signature of Attorney or Litigant
Counsel for  **Le Jardin House, LLC**
**Edelboim Lieberman Revah Oshinsky PLLC**
**20200 W Dixie Highway**
**Ste 905**
**Miami, FL 33180**
**305-768-9909 Fax:305-928-1114**
**Brett@elrolaw.com**